AUSA: Michael C. Martin    Telephone: (313) 226-9670
Officer: Marcia Tumer    Telephone: (734) 247-4901

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
v.
Huaxiang ZHU

Case: 2:17-mj-30594
Assigned To : Unassigned
Assign. Date : 11/3/2017
Description: CMP USA V ZHU (BG)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 1, 2017__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1543 | Forgery or False Use of Passport |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Marcia Tumer, Enforcement Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: NOV - 3 2017

_Judge's signature_

City and state: Detroit, Michigan

Anthony P. Patti, United States Magistrate Judge
_Printed name and title_

## **AFFIDAVIT**

I, Marcia M. Turner, being duly sworn state the following:

1.  I am a Customs and Border Protection Enforcement Officer with the Department of Homeland Security. I am assigned to the Officer's branch of Detroit Metropolitan Airport with offices located at 2596 World Gateway Place, Building 830 Detroit, MI 48242. I have served with the Immigration and Naturalization Service and its successor, Customs and Border Protection ("CBP"), since December 2001. I have successfully completed the Customs and Border Protection Officers Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have also earned my certificate for completing the Customs and Border Protection Enforcement Officer Training Program at the Advance Training Center in Harpers Ferry West Virginia. I investigate violations of the Immigration and Nationality Act and the United States Criminal Code as part of my regular duties. This affidavit is submitted in support of a finding of probable cause. Therefore, this affidavit does not necessarily contain all information collected during my investigation.

2.  On November 01, 2017, Huaxiang ZHU, was encountered at Detroit Metropolitan Airport at screening checkpoint Red-1 by Expert Transportation Security Officer Gary Chick and Lead Transportation Security Officer Hammad Azam. He presented a Chinese Passport, # G57104826.

3. Inspection of his Chinese Passport revealed what appeared to be several incorrect security features such as wrinkled laminate, missing micro line printing, and coloring.

4. TSA Officer Azam contacted CBP and requested assistance in determining the authenticity of the Chinese Passport. CBP Officer Phipps took possession of the document. He returned the document to the FIS, Passport Control Secondary area for additional inspection.

5. The Chinese passport # G57104826 was inspected by CBP Officer Phipps, CBP Enforcement Officer Metz and CBP Enforcement Officer Wettle by visual examination of the security features and also by utilizing the EDISON database. EDISON is a document recognition system that combines the text and images of over 2,000 genuine and counterfeit travel documents and enables users to compare any suspect travel document with a high definition image and text of the original. After inspection, the Chinese Passport presented by ZHU was determined to be fraudulent.

6. CBP Officer Phipps, accompanied by CBP Enforcement Officer Metz and CBP Enforcement Officer Wettle returned to the TSA screening checkpoint and took custody of ZHU. ZHU was screened through the checkpoint and brought to the CBP secondary inspection area to be interviewed.

7. The Arrival Departure Information System, or ADIS, tracks every time a person travelling to and from the United States makes a reservation and when that person physically boards the plane, to arrive in, or depart from, the United States. ADIS was used to determine that ZHU last entered the U.S. on a F-1 student visa on August 20, 2016.

8. The Student and Exchange Visitor Information System, or SEVIS, maintains records on all non-immigrant foreign students (F-1) and exchange visitors (J-1) while they are in the U.S. and on all programs authorized to enroll them. Record checks in SEVIS revealed that ZHU had completed his program at the University of Connecticut on August 04, 2016, and failed to re-enroll or maintain his student status since that date. There are no indications in the Computer Linked Application Information Management System (CLAIMS) or Central Index System (CIS) that ZHU has filed for any extensions of stay or adjustments of status that would allow him the benefit of lawfully remaining in the U.S. beyond his F-1 program completion date of August 4, 2016.

9. ZHU was read his Miranda rights by HSI Agent Michael MacBride and witnessed by CBP Enforcement Officer Tumer. ZHU acknowledged that he understood his rights both verbally and in writing and waived his right to counsel. ZHU stated to both HSI Agent MacBride and CBP Enforcement Officer Tumer that he last attended class at the University of Connecticut around May 2016 and never departed the U.S. ZHU stated he wanted to visit his girlfriend who lives in Michigan quickly and didn't have time to apply for a genuine Chinese passport so he asked his friends for help in obtaining one quickly. His friend provided him with an email address for a contact who could make him a passport. After providing a photo, and paying $800, ZHU received the fraudulent Chinese passport. At first, ZHU claimed that he believed the passport to be genuine, but later admitted that he knew it was fake and only originally told Officers he believed it was real because he was scared. ZHU admitted to knowingly purchasing the fraudulent passport and using it to fly from Connecticut to Detroit, and attempting to use it again to fly from Detroit back to Connecticut.

10. Based on my training and experience as a CBP Enforcement Officer, and the information contained in this affidavit, I believe that there exists probable cause to believe that ZHU has committed violations of Title 18, United States Code, Section 1543, in that he willfully and knowingly used or attempted to use a false, forged and counterfeited passport.

*[signature]*
Marcia M. Turner
Enforcement Officer
United States Customs and Border Protection

Sworn and subscribed before me this
3rd day of November, 2017

*[signature]*
HONORABLE ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

5