ORIGINAL

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D-1   HUAXIANG ZHU,<br><br>Defendant.<br>_____/ | Case:5:17-cr-20765<br>Judge: O'Meara, John Corbett<br>MJ: Grand, David R.<br>Filed: 11-13-2017 At 01:11 PM<br>INFO USA VS ZHU (DP)<br><br>VIOLATION: 18 U.S.C. § 1543 |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES

## COUNT ONE

(Use of a False Passport -- 18 U.S.C. § 1543)

On or about November 1, 2017, in the Eastern District of Michigan, the defendant, HUAXIANG ZHU, willfully and knowingly used a false, forged and counterfeit passport, namely a fraudulent Chinese passport, in violation of Title 18, United States Code, Section 1543.

DANIEL L. LEMISCH
Acting United States Attorney

*[signature]*

Michael C. Martin
Assistant United States Attorney

Dated: November 13, 2017

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: MCM |

**Case Title:** USA v. Huaxiang Zhu

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [Case number: 17-mj-30594    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

11/13/17
Date

*Mike Martin* (signature)
Michael C. Martin
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9670
Fax:   (313) 226-4678
E-Mail address: michael.c.martin@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.